**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**D.Sider,** )

Plaintiff, )

)

v. )

)

**U.S. DEPARTMENT OF THE INTERIOR;** )

**NATIONAL PARK SERVICE,** )

Defendant, )

)

Case: 1:26-cv-03966
Assigned To : Reyes, Ana C.
Assign. Date : 11/10/2026
Description: TRO/PI (D-DECK)

**AFFIDAVIT OF D.SIDER**

I, D.Sider, being duly sworn, state under penalty of perjury:

1. I am over 18 years old and I have personal knowledge of the facts in this affidavit.
2. I use East Potomac Park **as often as I can, typically two to five times per month depending on weather and the time of year, and sometimes more frequently**. I rollerblade, ride a scooter, and bicycle through the park. I also use the park for golf practice and play, walking, jogging, and picnicking throughout the year.
3. I choose this park because it is **affordable, safe, and open to everyone**. An 18-hole round costs no more than $48. The three-mile loop is a convenient and safe route through the city.

RECEIVED
NOV 10 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4. I have reviewed the court filing in which the government states: **"Thereafter, on November 15, 2026, the National Park Service will close East Potomac Park south of Buckeye Drive, including the Golf Course."**

5. If that closure happens, I will lose access to the loop road I rollerblade and scoot on, the practice green I use, and the picnic areas where I spend time. I will lose all of these at the same time. **I have personally seen the cleared areas during my visits to the park and while riding through the park on my scooter.**

6. I am not the only person who will be harmed. The closure would affect the many people who use the loop, the picnic areas, the athletic fields, and the open space along the Potomac River. **The public was not given meaningful notice or an opportunity to be heard before this plan was announced.** Congress dedicated this land to **"the people,"** not to a single golfer or a single group.

7. That loss cannot be undone by a later court ruling. Once the park is closed and construction begins, the open road and public access will already be gone.

8. I am signing this affidavit because I object to the closure and because I will personally suffer immediate and irreparable harm if it happens before this Court can decide whether it is lawful.

D.Sider

Sworn to and subscribed before me on Nov.10 ,2026

Notary Public
My Commission Expires: Jan 31, 2027

DAVID E. CARRIER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JAN. 31, 2027
COMMISSION # 7828178